# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MESHELL HALE

NO. 2019 KW 0622

JUL 2 2 2019

---

In Re:    Joel G. Porter, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-18-0117.

---

**BEFORE:    McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DENIED.**

                              PMc
                              TMH
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT